AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

TAMELA WINGARD

V.

SPRINT CORPORATION, successor to
U.S. UNWIRED, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv604-WKW

TO: (Name and address of Defendant)

Sprint Corporation
P.O. Box 7997
Shawnee Mission, KS
66207-0997

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
P.O. Box 5059
Montgomery, AL
36103-5059

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   7/11/06