**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sprint Corporation
   P.O. Box 7997
   Shawnee Mission, KS
   66207-0997

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Weldon Pickens*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): **Weldon Pickens**

C. Date of Delivery: JUL 18 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06 CV 604-WKW
   S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0004 8780 7919

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540