**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TAMELA WINGARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **2:06-CV-604-WKW** |
| | ) | |
| **SPRINT CORPORATION, successor to** | ) | |
| **U.S. UNWIRED, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to <u>Fed</u>. <u>R</u>. <u>Civ</u>. <u>P</u>. 7.1(a), defendant U.S. Unwired, Inc., incorrectly identified in the Plaintiff's Complaint as "Sprint Corporation, successor to U.S. Unwired," states as follows:

1.      U.S. Unwired, Inc.'s parent corporation is Sprint Nextel Corporation.

2.      One hundred percent (100%) of U.S. Unwired, Inc.'s stock is owned by Sprint Nextel Corporation, which is a publicly traded corporation.

s/Fern H. Singer
Fern H. Singer (ASB- 0061-I67J)
fsinger@bakerdonelsom.com

s/Jennifer F. Swain
Jennifer F. Swain (ASB-7761-I67J)
jswain@bakerdonelson.com

Attorneys for Defendant,
U.S. Unwired, Inc.

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN, CALDWELL
      & BERKOWITZ, P.C.
420 20th Street North
Suite 1600, Wachovia Tower
Birmingham, Alabama  35203
(205) 328-0480
(205) 322-8007 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jay Lewis, Esq.
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, AL 36103
J-Lewis@JayLewisLaw.com

s/Jennifer F. Swain
Jennifer F. Swain (ASB-7761-I67J)

One of the Attorneys for Defendant,
U.S. Unwired, Inc.