IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TAMELA WINGARD,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **CASE NUMBER: 2:06-cv-604-WKW-VPM** |
| | * | |
| **SPRINT CORPORATION,** | * | |
| successor to | * | |
| **U.S. UNWIRED, INC.,** | * | |
| Defendant. | * | |

## MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Tamela Wingard and would move this Court for leave to amend her Complaint by substituting therefor her First Amended Complaint (attached hereto) and, as grounds for which, would say that the Complaint is being amended for the sole purpose of properly naming the corporate defendant as U.S. Unwired, as noted by the defendant in its answer, and that no other changes are made.

Plaintiff further prays that the Court will Order that the Clerk's records be amended to reflect the true name of the defendant.

DATED: August 8th, 2006.

/s/JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama  36103
(334)263-7733 (Voice)
(334)832-4390 (Fax)
ASB-2014-E66J
J-Lewis@JayLewisLaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing with the Clerk by way of the CM/ECF system, which will send notification of the filing to the following:

>Fern H. Singer
>Jennifer F. Swain
>Attorneys for Defendant
>Baker Donelson, Bearman, Caldwell
>    & Berkowitz, P.C.
>420 20th St. North, Suite 1600, Wachovia Tower
>Birmingham, Alabama  35203
>(205) 328-0480 (Voice)
>(205) 322-8007 (Facsimile)


>/s/JAY LEWIS
>Jay Lewis
>Attorney for Plaintiff
>Law Offices of Jay Lewis, LLC
>Post Office Box 5059
>Montgomery, Alabama  36103
>(334)263-7733 (Voice)
>(334)832-4390 (Fax)
>ASB-2014-E66J
>J-Lewis@JayLewisLaw.com