UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMELA WINGARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-00604-WKW |
| | ) | |
| U.S. UNWIRED, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff Tamela Wingard's Motion to Amend Complaint (Doc. # 7), it is ORDERED that the motion is GRANTED. The plaintiff shall file electronically an exact duplicate of the First Amended Complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*. The Clerk is directed to docket the case to reflect the correct party name.

DONE this the 9th day of August, 2006.

                                          /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE