UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMELA WINGARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-cv-00604-WKW |
| | ) |
| U.S. UNWIRED, INC., | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of Defendant U.S. Unwired's Unopposed Motion to Extend Deadline for Dispositive Motions (Doc. # 12), it is ORDERED that the motion is GRANTED. The deadline for filing dispositive motions is continued from January 30, 2007, to **March 5, 2007.**

DONE this 23rd day of January, 2007.

          /s/ W. Keith Watkins
    UNITED STATES DISTRICT JUDGE