IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TAMELA WINGARD,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 2:06-cv-604-WKW-VPM |
| | * | |
| **SPRINT CORPORATION,** | * | |
| successor to | * | |
| **U.S. UNWIRED, INC.,** | * | |
| Defendant. | * | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At this point, it appears that settlement may be possible, and the parties continue to negotiate. The parties are presently exploring the question of whether mediation will assist them in resolving this case short of trial, but believe that they will be able to settle the case as among themselves.

DATED: August 8th, 2006.

/s/JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama  36103
(334)263-7733 (Voice)
(334)832-4390 (Fax)
ASB-2014-E66J
J-Lewis@JayLewisLaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk by way of the CM/ECF system, which will send notification of the filing to the following:

      Fern H. Singer
      Jennifer F. Swain
      Attorneys for Defendant
      Baker Donelson, Bearman, Caldwell
          & Berkowitz, P.C.
      420 20th St. North, Suite 1600, Wachovia Tower
      Birmingham, Alabama  35203
      (205) 328-0480 (Voice)
      (205) 322-8007 (Facsimile)


      /s/JAY LEWIS
      Jay Lewis
      Attorney for Plaintiff
      Law Offices of Jay Lewis, LLC
      Post Office Box 5059
      Montgomery, Alabama  36103
      (334)263-7733 (Voice)
      (334)832-4390 (Fax)
      ASB-2014-E66J
      J-Lewis@JayLewisLaw.com