IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMELA WINGARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 2:06-CV-604-WKW |
| | ) |
| U.S. UNWIRED, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is dismissed with prejudice, each party to bear her or its own costs.

_/s/ Jennifer F. Swain_
FERN H. SINGER
JENNIFER F. SWAIN

Attorneys for Defendant

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202
(205) 328-0480
FAX: (205) 322-8007

_/s/ Jay Lewis_
JAY LEWIS

Attorney for Plaintiff

OF COUNSEL:

LAW OFFICES OF JAY LEWIS, LLC
Post Office Box 5059
Montgomery, Alabama 36103
(334) 263-7733
FAX: (334) 832-4390

1