UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMELA WINGARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:06-cv-00604-WKW |
| | ) |
| U.S. UNWIRED, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 16), it is ORDERED that this case is DISMISSED with prejudice.  The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE